1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    MARCHELLO HILL,                          No.  2:25-cv-1703 CKD P

12                    Petitioner,

13         v.                                   ORDER

14    J. CAVAGNOLO,

15                    Respondent.

16

17         Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas

18    corpus pursuant to 28 U.S.C. § 2254.  The application attacks a conviction issued by the Superior

19    Court of Riverside County.  While both this court and the United States District Court in the

20    district where petitioner was convicted have jurisdiction, see Braden v. 30th Judicial Circuit

21    Court, 410 U.S. 484 (1973), any and all witnesses and evidence necessary for the resolution of

22    petitioner's application are more readily available in Riverside County.  Id. at 499 n.15; 28 U.S.C.

23    § 2241(d).

24    /////

25    /////

26    /////

27    /////

28    /////

                                        1

1    Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that this matter is

2 transferred to the United States District Court for the Central District of California.

3 Dated:  June 20, 2025

4 _____
CAROLYN K. DELANEY

5 UNITED STATES MAGISTRATE JUDGE

6

7

8    1
hill1703.108
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28